JOHN D'ATRI AND LIVIA D'ATRI, APPELLANTS, v. ROBERT VIGNALATS, RESPONDENT.

No. 8938

December 30, 1976                    557 P.2d 272

[Rehearing denied January 27, 1977]

*Ralph M. Crow,* Carson City, for Appellants.

*A. J. Bayer, Jr.,* Carson City, for Respondent.

## OPINION

*Per Curiam:*

Although appellants contend the district court erred in granting respondent's motion for summary judgment, they have failed to demonstrate error, as contemplated by our rules, through briefs citing pertinent portions of the record and relevant authority. Accordingly, we will not consider their contentions. Holland Livestock v. B & C Enterprises, 92 Nev. 473, 553 P.2d 950 (1976).

Affirmed.